## MARIA POLLASTRO *v.* SABATINO POLLASTRO
### (AC 16666)

O'Connell, Schaller and Shea, Js.

Argued December 9, 1997—officially released January 6, 1998

Per Curiam. The judgment is affirmed.

## THOMAS SUTKOWSKI *v.* RICHARD TARRO ET AL.
### (AC 15421)

O'Connell, C. J., and Lavery and Dupont, Js.

Submitted on briefs December 5, 1997—officially released January 6, 1998

Per Curiam. The judgment is affirmed.

## HELEN D. LEGNOS *v.* PETER J. LEGNOS
### (AC 16837)

O'Connell, C. J., and Lavery and Dupont, Js.

Submitted on briefs December 5, 1997—officially released January 6, 1998

Per Curiam. The judgment is affirmed.